```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NATIONAL RESOURCES DEFENSE
COUNCIL, INC.,

               Plaintiff,

      - against -

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

              Defendant.
-------------------------------------------------------------X

20 Civ. 0900 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    By September 21, 2020, the parties shall file a joint letter briefly updating the Court on the status of the instant matter.

                           SO ORDERED.

                           _____
                           ROBERT W. LEHRBURGER
                           UNITED STATES MAGISTRATE JUDGE

Dated:     September 11, 2020
             New York, New York

Copies transmitted to all counsel of record.