USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NATIONAL RESOURCE DEFENSE           :        20 Civ. 900 (ALC) (RWL)
COUNCIL, INC.,                                        :
                      Plaintiff,     :
                                                                  :
     - against -                           :        **ORDER**
                                                                  :
UNITED STATES ENVIRONMENTAL    :
PROTECTION AGENCY,                          :
                                                                  :
                  Defendants.  :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    **Every sixty days**, the parties shall file a joint status report updating the Court on the status of the instant matter.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2020
      New York, New York

Copies transmitted this date to all counsel of record.